IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THOMAS FRANKLIN MAY, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:12cv480-WHA |
| | ) (WO) |
| JAY JONES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 13, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED, and that the motion for preliminary injunction be and is hereby DENIED. It is further

ORDERED that this case be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

Done this the 5th day of September, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE