IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

THOMAS FRANKLIN MAY, III,         )
                                         )
        Plaintiff,           )
                                         )
vs.                               )    CASE NO. 3:12cv480-WHA
                                       )
JAY JONES, et al.,              )            (WO)
                                       )
        Defendants.       )

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #103), entered on July 28, 2014.  There being no timely objection filed to the Recommendation, and after an independent and *de novo* review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to comply with orders of this court.  Final Judgment will be entered accordingly.

DONE this 19th day of August, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE